IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CASE NO. 3:07CR258-FDW-DSC |
| | ) | (Financial Litigation Unit) |
| SALLIE WAMSLEY-SAXON. | ) | |

**CONSENT ORDER REGARDING WRIT OF EXECUTION**

The parties, the United States of America, hereinafter referred to as "United States" or "Government," and Sallie Wamsley-Saxon, hereinafter referred to as "Defendant," agree and stipulate to the following terms:

1. The Court entered a Consent Order and Judgment of Forfeiture (Docket No. 40), on January 16, 2008, which encompassed a "monetary judgment in the amount of $3 million ($3,000,000), which sum represents proceeds obtained, directly or indirectly, from violation(s) of Title 18, United States Code, as charged in the indictment."

2. In pursuit of the monetary judgement, on August 24, 2011, the Application for Writ of Execution (Docket No.97) and Clerk's Notice of Post-Judgement Execution and Instructions to Debtor (Docket No. 98) were sent via facsimile to Branch Banking & Trust Company ("BB&T Company"); in turn, BB&T Company placed a hold on Sallie Wamsley-Saxon's accounts. As of August 31, 2011, the sum of $18,986.05 is being held by the BB&T Company pending further order of this Court.

3. The parties have agreed and do stipulate that the Government is entitled to execute on and take possession of all funds, less the sum of $15,541.00, from the BB&T Company. The $15,541.00 that is being released from the execution to Defendant is to remain in account number XXXXXX4842.

4. The remainder of the funds shall be remitted to the United States Marshal Service,

mailed to 227 West Trade Street, Suite 1650, Charlotte, NC 28202, Attention: Lorin McAllister. All payments must be in the form of a cashier's check or certified check, and must reference the case number, DNCW3:07CR258.

6. Upon receipt of all funds, less the sum of $15,541.00, from BB&T Company, the Government will release the Writ of Execution on Defendant's accounts at BB&T Company, for the sole purpose that Defendant will pay court appointed counsel fees in the amount of $12,041.60, and the remainder, $3500.00, will be left to Defendant so that she may have the ability to pay necessary monthly expenditures.

**SO ORDERED**.  Signed: September 1, 2011

_____
David S. Cayer
United States Magistrate Judge

AGREED AND STIPULATED TO:

ANNE M. TOMPKINS, UNITED STATES ATTORNEY
s/ William A. Brafford
William A. Brafford, Bar Number 7625
Attorney for the Plaintiff
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Ph: (704) 344-6222
Fx: (704) 344-6629
Email: william.brafford@usdoj.gov

s/ C. Melissa Owen
C. Melissa Owen, Bar Number 28903
TIN FULTON WALKER AND OWEN
212 S. Tryon Street Suite 1700
Charlotte, NC 28281
Ph: (704) 338-1220
Fx: (704) 338-1312
Email: cmowen@tinfulton.com